**Entered on Docket
December 06, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

JERI COPPA-KNUDSON, Trustee
3495 LAKESIDE DRIVE, PMB 62
RENO, NV. 89509-4841
jcoppa-knudson@epitrustee.com
(775) 329-1528

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BACA-ESPINOSA, JOSE | ) | BK-N-10-51699 |
| BACA, DINORA | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | DATE: |
| | ) | TIME: |
| Debtor | ) | |
| _____ ) | | *No Hearing Required* |

### ORDER

Pursuant to the Trustee's Motion for Order Extending Time to Object to the Discharge of the Debtor(s), the court finds good cause appears and concludes:

**IT IS HEREBY ORDERED** the time in which the Trustee may file a complaint objecting to the discharge of the Debtor(s) is hereby **extended to June 30, 2011.**

Submitted by:

/s/ Jeri Coppa-Knudson
Jeri Coppa-Knudson, Trustee

###